THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Gerald Lancaster, Sr.,       
Appellant,
 
 
 

v.

 
 
 
Lovern Benn,       
Respondent.
 
 
 

Appeal From Richland County
Donna S. Strom, Family Court Judge

Unpublished Opinion No. 2003-UP-565
Submitted July 15, 2003  Filed September 30, 2003 

AFFIRMED

 
 
 
Mr. Gerald Lancaster, Sr., of Columbia, Pro Se, 
 for Appellant.
Ms. Lovern Benn, of Columbia, Pro Se, for Respondent.
 
 
 

PER CURIAM: Gerald Lancaster, Sr. (Father) 
 appeals pro se from the family courts denial of his motion to 
 restore his 1995 action against Lovern Benn.  We affirm [1] pursuant to Rule 220, SCACR, and 
 the following authorities: Humbert v. State, 345 S.C. 332, 548 S.E.2d 
 862 (2001) (stating that issues not raised to and ruled upon by the lower court 
 are not preserved for review); Glasscock, Inc. v. U.S. Fidelity and Guar. 
 Co., 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 2001) (South Carolina 
 law clearly states that short, conclusory statements made without supporting 
 authority are deemed abandoned on appeal and therefore not presented for review.); 
 Rule 208(b)(1)(B), SCACR  (Ordinarily, no point will be considered which is 
 not set forth in the statement of issues on appeal.).
AFFIRMED.
HEARN, C.J., CONNOR and ANDERSON, 
 J.J., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.